**126**

Peter BADESSA

v.

John MORAN.

No. 86–250–M.P.

Supreme Court of Rhode Island.

July 17, 1986.

ORDER

The petitioner's motion for reconsideration of his petition for habeas corpus is denied.

MURRAY, J., did not participate.

Alexander N. BRAINARD

v.

Joan Mary BRAINARD.

No. 86–285–M.P.

Supreme Court of Rhode Island.

July 17, 1986.

ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.

CARDI CORPORATION

v.

STATE.

No. 86–64–A.

Supreme Court of Rhode Island.

July 17, 1986.

ORDER

The defendant is directed to file an appropriate certificate in accordance with Super.R.Civ. 54(b) on or before August 22, 1986.

MURRAY, J., did not participate.

Francis L. CADDICK

v.

BOSTITCH/DIVISION OF TEXTRON.

No. 85–570–M.P.

Supreme Court of Rhode Island.

July 17, 1986.

ORDER

This case is assigned to the *show cause* calendar.

The respondent is directed to appear on a date to be assigned and show cause why the decree of the appellate commission should not be summarily quashed. In addition to the issues raised in the petitioner's petition for certiorari, the parties should be prepared to discuss the question of whether or not the June 1985 amendment to § 28–35–9 specifically requiring the filing of a memorandum of agreement in cases such as this one warrants reversal of the appellate commission's ruling.